**Opinion issued September 4, 2014**



In The

# Court of Appeals

For The

## First District of Texas

————————————

### NO. 01-14-00473-CV

————————————

## IN RE RONALD GLENN HIGHTOWER, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Ronald Glenn Hightower, has filed a petition for writ of mandamus, challenging the trial court's order sustaining a contest to the affidavit of indigence he filed in the trial court.[1]

We deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.3(k) (requiring relator to file appendix containing certified or sworn copy of order

---

[1] The underlying case is *Ronald Hightower v. Erica Hightower*, cause number 2014-18391, pending in the 309th District Court of Harris County, Texas, the Hon. Sheri Y. Dean presiding.

complained of with petition for writ of mandamus); *see also In re Ross*, 394 S.W.3d 262, 263 (Tex. App.—Houston [1st Dist.] 2012, orig. proceeding) (denying petition for writ of mandamus, in challenge to trial court order sustaining contest to affidavit of indigence, because nothing in record demonstrated that relator lacked adequate remedy by way of appeal or that mandamus relief was warranted); *In re Kastner*, No. 14-09-00653-CV, 2009 WL 3401867, at *2 (Tex. App.—Houston [14th Dist.] Sept. 3, 2009, orig. proceeding) (mem. op.) (denying petition for writ of mandamus, in case involving order sustaining contest to affidavit of indigence, because relator failed to demonstrate that appeal was inadequate to review trial court's ruling).

**PER CURIAM**

Panel consists of Justices Higley, Bland, and Sharp.